**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 530 EAL 2021

Respondent     :

    :    Petition for Allowance of Appeal

    :    from the Order of the Superior Court

v.     :

RICHARD BROWN,     :

Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.